### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Vincent R. Zinno** <br><br> v. <br><br> **Geico General Insurance Company** | **CIVIL ACTION** <br><br><br> **NO. 16-792** |

### O R D E R

And **NOW**, this 21st day of November, 2016, for the reasons stated in the foregoing memorandum, upon consideration of Defendant's Motion to Bifurcate (ECF No. 27), and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-792 Zinno v GEICO\16cv792 - Order re Motion to Sever.docx